IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| vs. ) | Case No. 08-00026-02-CR-W-FJG |
| ) | |
| CYNTHIA S. MARTIN, ) | |
| ) | |
| *Defendant*. ) | |

## DEFENDANT MARTIN'S
## WAIVER OF SPEEDY TRIAL

COMES NOW defendant, Cynthia S. Martin, by and through her attorneys, and hereby files her acknowledgment and waiver of rights pursuant to the Speedy Trial Act in conjunction with Defendant Martin's Motion for Continuance filed August 25, 2008.

Respectfully submitted,

WYRSCH HOBBS & MIRAKIAN, P.C.

By:    /s/James R. Hobbs
      JAMES R. HOBBS   MO #29732
      1000 Walnut, Suite 1600
      Kansas City, MO 64106
      Ph: (816) 221-0080
      Fax: (816) 221-3280

*ATTORNEYS FOR DEFENDANT MARTIN*

2

Case 4:08-cr-00026-FJG   Document 99   Filed 09/02/08   Page 2 of 2

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of September 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

/s/ James R. Hobbs
*Attorney for Defendant Martin*

2

Case 4:08-cr-00026-FJG   Document 99   Filed 09/02/08   Page 2 of 2